UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOYLE HARRIS, on Behalf of Himself and all Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-23-CV-382-HJB |
| DELTACON GLOBAL, INC. | § § § | |
| Defendant. | § | |

**ORDER SETTING**
**VIDEO STATUS CONFERENCE**

Before the Court is the Status of this case. It is hereby **ORDERED** that this case is set for a Status Conference on **November 15, 2023**, at **10:30 A.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties having any difficulties should contact Courtroom Deputy Crystal Sosa at crystal_sosa@txwd.uscourts.gov.

**SIGNED** on October 25, 2023.

_____
Henry J. Bemporad
United States Magistrate Judge