UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOYLE HARRIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF | § § § § § | |
| v. | § § § | CA 5:23-cv-382-HJB |
| DELTACON GLOBAL, INC. | § § | |
| DEFENDANT | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant Deltacon Global, Inc. ("Defendant") and Plaintiff Doyle Harris ("Plaintiff," and together with Defendant, "the Parties") stipulate to the following and respectfully request this Court to enter an Order Dismissing this case with prejudice to fully adjudicate this matter:

1. This stipulation is made and entered into between Plaintiff and Defendant.

2. This stipulation relates to the above-captioned action, *Harris v. Deltacon Global Inc.*, CA 5:23-cv-00382-HJB, currently pending in the United States District Court for the Western District of Texas, San Antonio Division.

3. In accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to the dismissal, with prejudice, of Plaintiff's action against Defendant, including all of Plaintiff's claims against Defendant asserted therein, with each party to this stipulation bearing their own attorneys' fees and costs.

WHEREFORE, the Parties jointly request that the Court dismiss the above-captioned action, and all claims asserted therein, in its entirety with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Douglas B. Welmaker | /s/ Kurt G. Clarke |
| **Douglas B. Welmaker** | **Kurt G. Clarke** |
| State Bar No. 00788641 | SBN: 04316720 |
| Welmaker Law, PLLC | 6200 Savoy, Ste. 458 |
| 409 N. Fredonia, Suite 118 | Houston, Texas 77036 |
| Longview, Texas 75601 | Tel: (713) 779-5500 |
| Phone: (512) 799-2048 | Fax: (713) 779-6668 |
| doug@welmakerlaw.com | E-mail: kgclaw@aol.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this the 10th day of November 2023, on all counsel of record via the Court's *CM/ECF* system pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

>/s/ Douglas B. Welmaker
>Douglas B. Welmaker